IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-269-WYD-OES

OTHMAN KAYED,
A 96 195 656,

    Plaintiff(s),

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
MARIO ORTIZ, District Director;
UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Denver, Colorado,

    Defendant(s).

---

**ORDER**

---

    THIS MATTER comes before the Court on the parties' Stipulation for Dismissal with Prejudice, filed September 28, 2005.  Having reviewed the Stipulation and being fully advised in the matter, it is

    ORDERED that the above-captioned lawsuit be **DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs.

Dated:  September 28, 2005

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge